JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED 12-00527-MWF (OPx)**          Date:  **June 20, 2012**

Title:     Charles Moreno -v- Bank of America, N.A., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING ACTION WITH PREJUDICE**

On June 4, 2012, the Court granted Defendants' Motion to Dismiss Plaintiff's Complaint. (Docket No. 14). Plaintiff had not filed any opposition.

The Court permitted Plaintiff to file an amended complaint within 14 days and warned that "[f]iling the amended complaint late – by even one day – will result in automatic dismissal of this action with prejudice."

The deadline for Plaintiff to file an amended complaint was June 18, 2012. Plaintiff to date has not filed an amended complaint.

Accordingly, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.